### *McFARLANE* vs. *RENAUD.*

Seven judicial   In this cause, it was determined that the seven
days allowed days, allowed by the act of 1805, Chap. 16, to
to move for a
new trial.  move, for a new trial, are to be court days. The
two Sundays and the fourth of July, on which

the court did not sit, were therefore excluded.

J. R. *Grymes* for the plaintiff and *Duncan* for the defendant.